UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | §<br>§<br>§ | |
| V. | § | Civil Action 4:11–cv–04085 |
| | § | |
| $20,768.00 in U.S. CURRENCY<br>*Defendant.* | §<br>§<br>§ | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:     **May 1, 2012**
   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:     **June 15, 2012**

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:     **June 15, 2012**

4. **DISCOVERY** must be completed by:     **September 30, 2012**
   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post–deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:     **November 15, 2012**

6. **NON–DISPOSITIVE MOTIONS** will be filed by:     **November 15, 2012**

7. **JOINT PRETRIAL ORDER** will be filed by:     **February 11, 2013**
   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 01:30 PM     **February 22, 2013**

9. **TRIAL** is set for the two weeks starting:     **February 25, 2013**

Signed at Houston, Texas on March 8, 2012.

_____
Melinda Harmon
United States District Judge